IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| STELLAR RECORDS, LLC, a Wisconsin limited liability company,<br><br>        v.                                    Plaintiff,<br><br>ANTHONY BISHOP,<br><br>                                              Defendant. | Case No. 1:18-cv-02201-JRS-MPB |

### PLAINTIFF'S RULE 41, FED.R.CIV.P., VOLUNTARY DISMISSAL

THE PLAINTIFF, Stellar Records, LLC, by its attorney, Michael T. Hopkins, pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., voluntarily dismisses the above matter, without prejudice.

Dated this 16th day of October, 2018.

                        /s/ Michael T. Hopkins                        .
Michael T. Hopkins,
attorney for Plaintiff, Stellar Records, LLC
WI SBN: 1014792

IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI  53202

Tel/Fax: 888-227-1655
email: mth@ip-lit.us